IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-0074-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ANDREW KYLE HAIR, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 43 be sealed

until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States

Attorney's Office.

IT IS SO ORDERED, this the _26_ day of __J u n o__ 2018.


_____
JAMES C. DEVER
Chief United States District Judge