UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 7:10-CR-74-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| ANDREW KYLE HAIR | |

On motion of the Defendant, Andrew Kyle Hair, and for good cause shown, it is hereby ORDERED that **DE 58** be sealed until further notice by this Court.

IT IS SO ORDERED.

This \_\_9\_\_ day of ~~May~~ June, 2021.

JAMES C. DEVER III
United States District Court Judge